NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
MATTHEW R. CARLYON
Nevada Bar No. 12712
MORRIS POLICH & PURDY LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada  89169
Telephone:   (702) 862-8300
Facsimile:    (702) 862-8400
NWieczorek@mpplaw.com
MCarlyon@mpplaw.com

Attorneys for Defendant
BCA FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BESSIE MURPHY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BCA FINANCIAL SERVICES, INC.,<br><br>　　　　　　Defendant. | Case No.:  2:16-cv-01238-JAD-NJK<br><br>**STIPULATION AND<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, Mitchell D. Gliner of the Law Office of Mitchell D. Gliner on behalf of Plaintiff Bessie Murphy, and Nicholas M. Wieczorek of Morris Polich &

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Purdy LLP on behalf of Defendant BCA Financial Services, Inc., that this action be dismissed, in its entirety, with prejudice, and with each party to bear their own attorney's fees and costs.

DATED this 19th day of August, 2016.

| LAW OFFICE OF MITCHELL D. GLINER | MORRIS POLICH & PURDY LLP |
|---|---|
| By: /s/ *Mitchell D. Gliner*<br>MITCHELL D. GLINER<br>Nevada Bar No. 3419<br>3017 W. Charelston Boulevard, Suite 95<br>Las Vegas, Nevada 89102<br>Attorneys for Plaintiff Bessie Murphy | By: /s/ *Nicholas M. Wieczorek*<br>NICHOLAS M. WIECZOREK<br>Nevada Bar No. 6170<br>MATTHEW R. CARLYON<br>Nevada Bar No. 12712<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant BCA Financial Services, Inc. |

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: August 23, 2016.

_____
UNITED STATES DISTRICT JUDGE